DANIEL G. KNAUSS
United States Attorney
District of Arizona

SHARON K. SEXTON
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 012359
Telephone (602) 514-7500

FILED ___ LODGED
RECEIVED ___ COPY
OCT 2 5 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Alvin Lewis, Jr.,<br><br>    Defendant. | NO. CR07-1183-PHX-JAT<br><br>**INFORMATION**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR-Second Degree Murder)<br>Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or between July 17, 2007, and July 30, 2007 in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, ALVIN LEWIS, JR., an Indian, did with malice aforethought, willfully kill Ursula Simms.

In violation of Title 18, United States Code, Sections 1153 and 1111.

Dated this _16th_ day of October, 2007.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

_/s/ Sharon K. Sexton_
SHARON K. SEXTON
Assistant U.S. Attorney