UNITED STATES DISTRICT COURT                                    DISTRICT JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 10/25/2007          CASE NUMBER: CR 07-1183-PHX-JAT

Initial Appearances / Arraignment / Detention Hearing held.

USA vs. Alvin Lewis, Jr.

DISTRICT COURT JUDGE: JAMES A. TEILBORG  #: 7025

A.U.S. Attorney  Sharon Sexton                INTERPRETER  N/A
                                              LANGUAGE
Attorney for Defendant  Deborah Williams (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

  DOA 10/25/2007          ☒ Initial Appearance        ☒ Appointment of counsel hearing held
  ☐ Financial Afdvt taken  ☐ Defendant Sworn          ☐ Financial Afdvt sealed

---

**DETENTION HEARING:**

☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset

Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal

☐ Defendant ordered released _____

☒ Defendant continued detained pending trial
  ☒ Flight risk  ☒ Danger

**ARRAIGNMENT HEARING:**

☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Plea of GUILTY entered to the one count Information

DATE OF MOTION DEADLINE: N/A

Defendant bound over to U.S.D.C. for trial on ___ in ___ before ___

**STATUS HEARING RE:** Set for   before

---

Other: Defendant is advised of the charge in the Information and waiver of indictment. IT IS ORDERED appointing Deborah Williams of the Federal Public Defender's Office to represent the defendant in all further proceedings. Defendant waives preliminary hearing. Upon oral motion of the Government, defendant having no objection, IT IS ORDERED that the defendant continue to be detained pending resolution in this case. (See separate minute entry re: plea hearing)

                                              Court Reporter: David German
                                              BY: Teddy Bengtson
                                              Deputy Clerk
Time in Court: 20 minutes