**UNITED STATES DISTRICT COURT**　　　　　　　　　　　**CRIMINAL SENTENCING MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 1/22/2008　　　　　CASE NUMBER: CR 07-01183-001-PHX-JAT

Hon. JAMES A. TEILBORG, United States District Judge　#: 7025

USA vs. Alvin Lewis, Jr.

DEFT: ☒ PRESENT　☐ NOT PRESENT　☒ Custody

Deputy Clerk Teddy Bengtson　　　　　　　Crt Rptr/ECR: Liz Lemke
A.U.S. Attorney Sharon K. Sexton　　　　　Interpreter N/A
Attorney for Defendant Deborah L. Euler-Ajayi (AFPD)　Language

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

## JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
　on Ct(s) __ ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 300 Months on the one count Information.

☒ Supervised release term of 5 Years by law.

☐ Fine of $waived on Ct(s) 1　　　　　　　　　　　TOTAL FINE $waived

☐ Restitution of $-0- ordered pursuant to 18 U.S.C. 3596 (not ordered at this time)

☒ Special Assessment of $100.00 pursuant to 18 U.S.C. 3013.

☐ On Motion of U.S. Atty: Ct(s) _____

☐ Order bond exonerated　　☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal　☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court accepts the defendant's plea of guilty and plea agreement.

☒ Other: Pursuant to stipulation in the plea agreement pursuant to Fed. R. Crim. P 11(c)(1)(C), defendant shall be sentenced to a total prison term of between 15 and 25 years (180 to 300 months).

　　　　　　　　　　　　　　　　　　　　　　　Time in Court: 35 minutes